**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-4851**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARIO L. RICHARDSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CR-98-146)

---

Submitted: May 11, 1999        Decided: May 27, 1999

---

Before MURNAGHAN, LUTTIG, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Edwin F. Brooks, Richmond, Virginia, for Appellant. Helen F. Fahey, United States Attorney, Shannon L. Taylor, Special Assistant United States Attorney, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mario Richardson appeals his conviction and sentence following his guilty plea to one count of possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841 (1994) and one count of carrying a firearm during and in relation to a drug trafficking offense in violation of 18 U.S.C.A. § 924(c) (West 1994 & Supp. 1999).  Richardson preserved his right to appeal the district court's denial of his motion to suppress evidence obtained when police stopped him at a roadblock checkpoint.  We conclude that the district court properly found the search and seizure did not violate the Fourth Amendment and the court correctly concluded that the evidence was admissible.  See Terry v. Ohio, 392 U.S. 1 10, 23 (1968).  We therefore affirm the court's denial of Richardson's suppression motion based upon the court's reasoning as stated at the suppression hearing.

According, we affirm Richardson's conviction and sentence.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument could not aid the decisional process.

AFFIRMED

2